**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| BANILLA GAMES, INC. and GROVER GAMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GUANGZHOU YINGFENG TECHNOLOGY CO., LTD., <br><br> Defendant. | Civil Action No. 3:23-cv-00182-RCY |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

To:  Clerk of Court

Plaintiffs, Banilla Games, Inc. ("**Banilla**") and Grover Gaming, Inc. ("**Grover**"), by counsel, request the Clerk's entry of default as to the Defendant, Guangzhou Yingfeng Technology Co., Ltd. ("**Yingfeng**" or "**Defendant**"), pursuant to Fed. R. Civ. P. 55(a) for failure to file an answer or motion in this action within the time allowed by law.  An Affidavit in support of this request is attached hereto as Exhibit 1.

1

Dated:  June 2, 2023

BANILLA GAMES, INC.
and
GROVER GAMING, INC.

/s/ Stephen M. Faraci, Sr.
Stephen M. Faraci, Sr., Esquire (VSB No. 42748)
Robert N. Drewry, Esquire (VSB No. 91282)
WHITEFORD, TAYLOR & PRESTON, LLP
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 977-3307
Facsimile: (804) 977-3298
E-Mail: sfaraci@whitefordlaw.com
E-Mail: rdrewry@whitefordlaw.com

Robert Wm. Best, Esquire (VSB No. 72077)
WHITEFORD, TAYLOR & PRESTON, LLP
249 Central Park Avenue, Suite 300
Virginia Beach, Virginia 23462
Telephone: (757) 271-9752
Facsimile: (757) 271-9737
E-Mail: rbest@whitefordlaw.com

*Counsel for Plaintiffs, Banilla Games, Inc. and Grover Gaming, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, I electronically filed this *Request for Entry of Default* with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing by United States Mail, First Class International, Postage Prepaid, to the following:

Guangzhou Yingfeng Technology Co., Ltd.<br>
A2, No. 822 Panyu Avenue North, Panyu District<br>
Guangzhou, Guangdong, China

                                              /s/ Stephen M. Faraci, Sr.
                                                          Counsel